# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PETER JOSEPH ROSATO, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2516

_____

April 10, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Peter Joseph Rosato, Jr., pro se.

PER CURIAM.

Affirmed.

CASANUEVA, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.